UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| SHAFIQULLAH SAHIL | CASE NO.  1:26-CV-478 SEC P |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| WARDEN, ET AL. | MAGISTRATE JUDGE HORNSBY |

**J U D G M E N T**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of <u>habeas</u> <u>corpus</u> is **GRANTED** and Petitioner shall be released under appropriate conditions to be determined by the Department of Homeland Security.

**THUS DONE AND SIGNED** in chambers on this 25th day of June, 2026.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE